UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DR. JOSEPH F. KASPER, Individually and On Behalf of All Others Similarly Situated, | ) ) ) |
| Plaintiff, | ) No. 3:15-cv-00923 ) (Consolidated) |
| v. | ) ) JUDGE CAMPBELL |
| AAC HOLDINGS, INC., JERROD N. MENZ, MICHAEL T. CARTWRIGHT, and KATHRYN SEVIER-PHILLIPS, | ) ) ) ) |
| Defendants. | ) ) ) |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 83.01(d) of the Local Rules of this Court, David W. Garrison, a member of the bar of this Court, hereby moves the admission *pro hac vice* of the following counsel:

Frederic S. Fox, Sr.
KAPLAN FOX & KILSHEIMER LLP
850 Third Avenue, 14th Floor
New York, NY 10022
Telephone: (212) 687-1980
Facsimile: (212) 687-7714
ffox@kaplanfox.com

for the purposes of litigation in this Court as counsel for Movant, Arkansas Teacher Retirement System.

Mr. Fox is a member in good standing of the United States District Court for the Southern District of New York. Mr. Fox's certificate of good standing is filed

1

contemporaneously herewith and the filing fee in the amount of $75.00 is being tendered to the Clerk via the Court's electronic payment system.

Dated: October 28, 2015

Respectfully submitted,

/s/ David W. Garrison
**DAVID W. GARRISON (No. 24968)**
**JERRY E. MARTIN (No. 20193)**
**TIMOTHY L. MILES (No. 21605)**
BARRETT JOHNSTON MARTIN & GARRISON, LLC
Bank of America Plaza
414 Union Street, Suite 900
Nashville, TN 37214
Telephone: 615-244-2202
Facsimile: 6150252-3798
dgarrison@barrettjohnston.com
jmartin@barrettjohnston.com
tmiles@barrettjohnston.com

*Proposed Liaison Counsel*

**FREDERIC S. FOX**
**DONALD R. HALL**
**JEFFREY P. CAMPISI**
**PAMELA A. MAYER**
KAPLAN FOX & KILSHEIMER LLP
850 Third Avenue, 14th Floor
New York, NY 10022
Telephone: (212) 687-1980
Facsimile: (212) 687-7714
ffox@kaplanfox.com
dhall@kaplanfox.com
jcampisi@kaplanfox.com
pmayer@kaplanfox.com

*Counsel for Arkansas Teacher Retirement System and Proposed Lead Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing *Motion for Admission Pro Hac Vice* has been filed with the Clerk and served on the following via the Court's ECF filing system on October 28, 2015:

Jeffrey C. Block
Steven P. Harte
BLOCK & LEVITON LLP
155 Federal Street
Suite 400
Boston, MA 02110
(617) 398-5600
Fax: (617) 507-6020
Email: Jeff@blockesq.com
Email: Steven@blockesq.com

*Attorneys for Plaintiff Dr. Joseph F. Kasper*

Paul Kent Bramlett
Robert P. Bramlett
BRAMLETT LAW OFFICES
P O Box 150734
Nashville, TN 37215
(615) 248-2828
Fax: (615) 254-4116
Email: pknashlaw@aol.com
Email: robert@bramlettlawoffices.com

*Attorneys for Plaintiff Dr. Joseph F. Kasper and Judith D. Tenzyk*

Paul Kent Bramlett
BRAMLETT LAW OFFICES
P O Box 150734
Nashville, TN 37215
(615) 248-2828
Fax: (615) 254-4116
Email: pknashlaw@aol.com

*Attorney for Intervenor Plaintiff James P Gill*

Jeremy A. Lieberman
J. Alexander Hood, II
Marc Gorrie
POMERANTZ LLP (NY Office)
600 Third Avenue

3

Case 3:15-cv-00923   Document 28   Filed 10/28/15   Page 3 of 5 PageID #: 529

20th Floor
New York, NY 10016
(212) 661-1100
Fax: (212) 661-8665
Email: jalieberman@pomlaw.com
Email: ahood@pomlaw.com
Email: mgorrie@pomlaw.com

Patrick V. Dahlstrom
POMERANTZ LLP (Chicago Office)
10 S LaSalle Street
Suite 3505
Chicago, IL 60603
(312) 377-1181
Fax: (312) 377-1184
Email: pdahlstrom@pomlaw.com

*Attorneys for Plaintiff Judith D. Tenzyk*

Joey P. Leniski , Jr.
BRANSTETTER, STRANCH & JENNINGS, PLLC
The Freedom Center
223 Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203
(615) 254-8801
Email: joeyl@bsjfirm.com

*Attorney for Movant Robert Salyer*

James A. Holifield, Jr.
HOLIFIELD & ASSOCIATES, P.C.
8351 E Walker Springs Lane
Suite 303
Knoxville, TN 37923
(865) 566-0115
Fax: (865) 566-0119
Email: aholifield@hapc-law.com

*Attorney for Plaintiff Jacquelin Welsh*

Britt K. Latham
Joseph B. Crace , Jr.
BASS, BERRY & SIMS (Nashville Office)
150 Third Avenue South
Suite 2800

4

Nashville, TN 37201
(615) 742-6200
Email: blatham@bassberry.com
Email: jcrace@bassberry.com

Jessica Perry Corley
John Latham
Lisa R. Bugni
ALSTON & BIRD LLP (Atlanta Office)
One Atlantic Center
1201 W Peachtree Street
Atlanta, GA 30309-3424
(404) 881-7000
Fax: (404) 881-7777
Email: jessica.corley@alston.com
Email: john.latham@alston.com
Email: lisa.bugni@alston.com

*Attorneys for Defendant AAC Holdings, Inc., Jerrod N. Menz, Michael T. Cartwright, and Kathryn Sevier-Phillips*

        /s/ David W. Garrison
        DAVID W. GARRISON
        **BARRETT JOHNSTON**
         **MARTIN & GARRISON, LLC**