UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| DR. JOSEPH F. KASPER, Individually and On Behalf of All Others Similarly Situated, | )<br>)<br>) No. 3:15-cv-00923 |
| Plaintiff, | )<br>) |
| v. | ) (**Consolidated**)<br>)<br>) CLASS ACTION |
| AAC HOLDINGS, INC., JERROD N. MENZ, MICHAEL T. CARTWRIGHT AND KATHRYN SEVIER-PHILLIPS, | )<br>)<br>) Judge Todd J. Campbell<br>) Magistrate Judge John S. Bryant |
| Defendants. | )<br>) |

# MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 83.01(d) of the Local Rules of this Court, Paul Kent Bramlett, a member of the bar of this Court, hereby moves the admission *pro hac vice* of the following counsel:

Ramzi Abadou
**KAHN SWICK & FOTI, LLP**
912 Cole Street, #251
San Francisco, CA 94117
Telephone: (504) 455-1400
Facsimile: (504) 455-1498
ramzi.abadou@ksfcounsel.com

for the purposes of litigation in this Court as counsel for Movant, James P. Gills, M.D.

Mr. Abadou is a member in good standing of the United States District Court for the Northern District of California. Mr. Abadou's Certificate of Good Standing is filed contemporaneously herewith and the filing fee in the amount of $75.00 is being tendered to the Clerk via the Court's electronic payment system.

Dated: November 18, 2015        Respectfully submitted,

*/s/Paul Kent Bramlett*
Paul Kent Bramlett (#7387)
Robert Preston Bramlett (#25895)
**BRAMLETT LAW OFFICES**
P. O. Box 150734
Nashville, TN 37215
Tel: (615) 248-2828
Fax: (866) 816-4116
PKNASHLAW@aol.com
Robert@BramlettLawOffices.com

**KAHN SWICK & FOTI, LLP**
Ramzi Abadou
ramzi.abadou@ksfcounsel.com
912 Cole Street, #251
San Francisco, CA 94117

Telephone: (504) 455-1400
Facsimile: (504) 455-1498

-and-

1

**KAHN SWICK & FOTI, LLC**
Lewis S. Kahn
Alexander L. Burns
206 Covington Street
Madisonville, LA 70447
Telephone: (504) 455-1400
Facsimile: (504) 455-1498

*Counsel for Proposed Lead Plaintiff James P. Gills, M.D. and Proposed Lead & Liaison Counsel for the Class*

**CERTIFICATE OF SERVICE**

This is to certify that the above and foregoing *Motion for Admission Pro Hac Vice* has this date been filed on the Court's ECF system, which will serve the following counsel of record:

Britt K. Latham
Bass, Berry & Sims (Nashville Office)
150 Third Avenue South
Suite 2800
Nashville, TN 37201
(615) 742-6200
Email: blatham@bassberry.com

Jessica Perry Corley
Alston & Bird LLP (Atlanta Office)
One Atlantic Center
1201 W Peachtree Street
Atlanta, GA 30309-3424
(404) 881-7000
Fax: (404) 881-7777
Email: jessica.corley@alston.com

John Latham
Alston & Bird LLP (Atlanta Office)
One Atlantic Center
1201 W Peachtree Street
Atlanta, GA 30309-3424
(404) 881-7915
Fax: (404) 881-7913
Email: john.latham@alston.com

Lisa R. Bugni
Alston & Bird LLP (Atlanta Office)
One Atlantic Center
1201 W Peachtree Street
Atlanta, GA 30309-3424
(404) 881-7000
Fax: (404) 253-8359
Email: lisa.bugni@alston.com

Joseph B. Crace , Jr.
Bass, Berry & Sims (Nashville Office)
150 Third Avenue South
Suite 2800
Nashville, TN 37201

(615) 742-7896
Fax: (615) 742-2700
Email: jcrace@bassberry.com

POMERANTZ LLP
Jeremy A. Lieberman (*Pro Hac Vice*)
J. Alexander Hood II (*Pro Hac Vice*)
Marc Gorrie
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: 212-661-1100
Facsimile: 212-661-8665
Email: jalieberman@pomlaw.com
Email: ahood@pomlaw.com
Email: mgorrie@pomlaw.com

Patrick V. Dahlstrom (*Pro Hac Vice*)
10 South LaSalle Street, Suite 3505
Chicago, IL 60603
Telephone: 312-377-1181
Facsimile: 312-377-1184
Email: pdahlstrom@pomlaw.com

James A. Holifield , Jr.
Holifield & Associates, P.C.
8351 E Walker Springs Lane Suite 303
Knoxville, TN  37923
Telephone: (865) 566-0115
Facsimile: (865) 566-0119
Email:Aholifield@hapc-Law.Com

Donald R. Hall , Jr.
Kaplan Fox Kilsheimer LLP
850 Third Avenue 14th Floor
New York, NY  10022
Telephone: (212) 687-1980
Facsimile: (212) 687-7714
Email:Dhall@kaplanfox.Com

Frederic S. Fox
Kaplan Fox Kilsheimer LLP
850 Third Avenue 14th Floor
New York, NY  10022
Telephone: (212) 687-1980
Email:Ffox@kaplanfox.Com

Jeffrey P. Campisi
Kaplan Fox Kilsheimer LLP
850 Third Avenue 14th Floor
New York, NY  10022
Telephone: (212) 687-1980
Facsimile: (212) 687-7714
Email:Jcampisi@kaplanfox.Com

Jerry E. Martin
Barrett Johnston Martin & Garrison, LLC
Bank Of America Plaza 414 Union Street Suite 900
Nashville, TN  37219
Telephone: (615) 244-2202
Facsimile: (615) 252-3798
Email:Jmartin@barrettjohnston.Com

Timothy L. Miles
Barrett Johnston Martin & Garrison, LLC
Bank Of America Plaza 414 Union Street Suite 900
Nashville, TN  37219
Telephone: (615) 244-2202
Facsimile: (615) 252-3798
Email:Tmiles@barrettjohnston.Com

David W. Garrison
Barrett Johnston Martin & Garrison, LLC
Bank Of America Plaza 414 Union Street Suite 900
Nashville, TN  37219
Telephone: (615) 244-2202
Facsimile: (615) 252-3798
Email:Dgarrison@barrettjohnston.Com

Joey P. Leniski , Jr.
Branstetter, Stranch & Jennings, PLLC
The Freedom Center 223 Rosa L. Parks Avenue Suite 200
Nashville, TN  37203
Telephone: (615) 254-8801
Email:Joeyl@bsjfirm.Com

**SO CERTIFIED this 18TH day of NOVEMBER, 2015.**

**/s/*Paul Kent Bramlett***
**PAUL KENT BRAMLETT**

5

Case 3:15-cv-00923   Document 44   Filed 11/18/15   Page 6 of 6 PageID #: 1494