IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| DR. JOSEPH F. KASPER, et al. | ) | |
| | ) | |
| v. | ) | NO. 3-15-0923 |
| | ) | JUDGE CAMPBELL |
| AAC HOLDINGS, INC., et al. | ) | |
| | ) | |

# ORDER

Pending before the Court is Defendants' Motion to Dismiss the Amended Complaint (Docket No. 54). For the reasons stated in the accompanying Memorandum, Defendants' Motion is DENIED.

IT IS SO ORDERED.

TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE