UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| DR. JOSEPH F. KASPER, Individually and On Behalf of All Others Similarly Situated, | ) ) ) | |
| | ) | No. 3:15-cv-00923 |
| Plaintiff, | ) | |
| | ) | (**Consolidated**) |
| v. | ) | |
| | ) | <u>CLASS ACTION</u> |
| AAC HOLDINGS, INC., JERROD N. MENZ, MICHAEL T. CARTWRIGHT AND KATHRYN SEVIER-PHILLIPS, | ) ) ) | |
| | ) | Judge Todd J. Campbell |
| | ) | Magistrate Judge John S. Bryant |
| Defendants. | ) | |
| | ) | |
| | ) | |

**MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Rule 83.01(d) of the Local Rules of this Court, Mr. Timothy L. Miles, a member of the bar of this Court, hereby moves the admission *pro hac vice* of the following counsel:

Alexander Louis Burns
**KAHN SWICK & FOTI, LLC**
206 Covington Street
Madisonville, Louisiana 70447
Telephone: (504) 455-1400
Facsimile: (504) 455-1498
alexander.burns@ksfcounsel.com

for the purposes of litigation in this Court as counsel for Movant, James P. Gills, M.D.

Mr. Burns is a member in good standing of the United States District Court for the Eastern District of Louisiana. Mr. Burns' Certificate of Good Standing is filed contemporaneously herewith and the filing fee in the amount of $75.00 is being tendered to the Clerk via the Court's electronic payment system.

Dated: July 19, 2016                                        Respectfully submitted,

*/s/ Timothy L. Miles*
**DAVID W. GARRISON (No. 24968)**
**JERRY E. MARTIN (No. 20193)**
**TIMOTHY L. MILES (No. 21605)**
BARRETT JOHNSTON MARTIN &
GARRISON, LLC
Bank of America Plaza
414 Union Street, Suite 900
Nashville, TN 37214
Telephone: 615-244-2202
Facsimile: 615-252-3798
dgarrison@barrettjohnston.com
jmartin@barrettjohnston.com
tmiles@barrettjohnston.com

*Liaison Counsel*

1

**KAHN SWICK & FOTI, LLP**
Ramzi Abadou
ramzi.abadou@ksfcounsel.com
912 Cole Street, #251
San Francisco, CA 94117
Telephone: (504) 455-1400
Facsimile: (504) 455-1498

-and-

**KAHN SWICK & FOTI, LLC**
Lewis S. Kahn
Alexander L. Burns
Alexander.burns@ksfcounsel.com
206 Covington Street
Madisonville, LA 70447
Telephone: (504) 455-1400
Facsimile: (504) 455-1498

and

**KAPLAN FOX & KILSHEIMER LLP**
Frederic S. Fox (admitted pro hac vice)
Ffox@kaplanfox.com
Donald R. Hall (admitted pro hac vice)
Dhall@kaplanfox.com
Jeffrey P. Campisi (admitted pro hac vice)
Jcampisi@kaplanfox.com
850 Third Avenue, 14th Floor
New York, NY 10022
Telephone: (212) 687-1980
Facsimile: (212) 687-7714

*Lead Counsel for Lead Plaintiffs and the Class*

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing *Motion for Admission Pro Hac Vice* has been filed with the Clerk and served upon the following via the Court's ECF system, on Tuesday, July 19, 2016:

Britt K. Latham
Joseph B. Crace, Jr.
BASS, BERRY & SIMS (Nashville Office)
150 Third Avenue South, Suite 2800
Nashville, TN 37201
(615) 742-6200
Email: blatham@bassberry.com
Email: jcrace@bassberry.com

Jessica Perry Corley
John Latham
Lisa R. Bugni
ALSTON & BIRD LLP (Atlanta Office)
One Atlantic Center
1201 W Peachtree Street
Atlanta, GA 30309-3424
(404) 881-7000
Fax: (404) 881-7777
Email: jessica.corley@alston.com
Email: john.latham@alston.com
Email: lisa.bugni@alston.com

*Attorneys for Defendants AAC Holdings, Inc.,*
*Jerrod N. Menz, and Michael T. Cartwright*

-and-

David W. Garrison
Jerry E. Martin
Timothy L. Miles
Barrett Johnston Martin & Garrison, LLC
Bank Of America Plaza 414 Union Street Suite 900
Nashville, TN  37219
Telephone: (615) 244-2202
Facsimile: (615) 252-3798
Email: Dgarrison@barrettjohnston.com
Email: Jmartin@barrettjohnston.com
Email: Tmiles@barrettjohnston.com

*Liaison Counsel for the Class*

3

Frederic S. Fox
Donald R. Hall , Jr.
Jeffrey P. Campisi
Kaplan Fox Kilsheimer LLP
850 Third Avenue 14th Floor
New York, NY  10022
Telephone: (212) 687-1980
Facsimile: (212) 687-7714
Email: Ffox@kaplanfox.com
Email: Dhall@kaplanfox.com
Email: Jcampisi@kaplanfox.com

Ramzi Abadou
Kahn Swick & Foti, LLP
912 Cole Street, #251
San Francisco, CA  94117
Telephone:  504-455-1400
Facsimile:  504-455-1498
Email: Ramzi.Abadou@ksfcounsel.com

*Lead Counsel for Lead Plaintiffs and the Class*

-and-

POMERANTZ LLP
Jeremy A. Lieberman (*Pro Hac Vice*)
J. Alexander Hood II (*Pro Hac Vice*)
Marc Gorrie
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: 212-661-1100
Facsimile: 212-661-8665
Email: jalieberman@pomlaw.com
Email: ahood@pomlaw.com
Email: mgorrie@pomlaw.com

Patrick V. Dahlstrom (*Pro Hac Vice*)
10 South LaSalle Street, Suite 3505
Chicago, IL 60603
Telephone: 312-377-1181
Facsimile: 312-377-1184
Email: pdahlstrom@pomlaw.com

James A. Holifield , Jr.
Holifield & Associates, P.C.

4

8351 E Walker Springs Lane Suite 303
Knoxville, TN 37923
Telephone: (865) 566-0115
Facsimile: (865) 566-0119
Email: Aholifield@hapc-Law.com

Joey P. Leniski , Jr.
Branstetter, Stranch & Jennings, PLLC
The Freedom Center 223 Rosa L. Parks Avenue Suite 200
Nashville, TN 37203
Telephone: (615) 254-8801
Email: Joeyl@bsjfirm.com

Jeffrey C. Block
Steven P. Harte
Block & Levitton LLP
155 Federal Street, Suite 400
Boston, MA 02110
Telephone: 617-398-5600
Facsimile: 617-507-6020
Email: jeff@blockesq.com
Email: steven@blockesq.com

Paul Kent Bramlett
Robert P. Bramlett
Bramlett Law Offices
P.O. Box 150734
Nashville, TN 37215
Telephone: 615-248-2828
Facsimile: 615-254-4116
Email: pknashlaw@aol.com
Email: Robert@bramlettlawoffices.com

/s/*Timothy L. Miles*
Timothy L. Miles

5