UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DR. JOSEPH F. KASPER, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> AAC HOLDINGS, INC., JERROD N. MENZ, MICHAEL T. CARTWRIGHT, ANDREW W. MCWILLIAMS AND KIRK R. MANZ, <br><br> Defendants. | No. 3:15-cv-00923 <br> (**Consolidated**) <br><br> JUDGE MCCALLA <br> MAGISTRATE JUDGE FRENSLEY <br><br> CLASS ACTION <br><br> **<u>JURY TRIAL DEMANDED</u>** |

**DECLARATION OF DAVID W. GARRISON
IN FURTHER SUPPORT OF MOTION FOR CLASS CERTIFICATION**

I, David W. Garrison, declare the following under the penalty of perjury:

1. I am a partner at the law firm of Barrett Johnston Martin & Garrison, LLC.

2. I am admitted to practice before this Court and am a member in good standing. I respectfully submit this Declaration in Further Support of the Motion for Class Certification of Arkansas Teacher Retirement System ("ATRS") and Dr. James P. Gills ("Gills") (together, the "Lead Plaintiffs").

3. I am fully familiar with the facts set forth herein.

4. Attached hereto at **Exhibit A** is a true and correct copy of the relevant excerpts of the Deposition of Paul A. Gompers, Ph.D. taken on January 23, 2017. By agreement with Defense Counsel on February 8, 2017, Defendants' confidentiality designation for the deposition was withdrawn.

5. Attached hereto at **Exhibit B** are true and correct copies of documents bearing the Bates References GOMPERS_000001-000007; GOMPERS_0000014-0000022; GOMPERS_0000060-0000061; GOMPERS_0000066-0000068; GOMPERS_0000069-0000082; and GOMPERS_0000116-0000128.

6. Attached hereto at **Exhibit C** are true and correct copies of documents bearing the Bates References COFFMAN0000583-660; and COFFMAN0002536-47. To the extent that any of these attached documents have been previously marked "confidential," Lead Plaintiffs withdraw said confidentiality designations.

7. Attached hereto at **Exhibit D** is a true and correct copy of the expert rebuttal report of Chad Coffman, dated February 10, 2017.

8. Attached hereto at **Exhibit E** are true and correct copies of certain documents obtained from Defendants via discovery, bearing the Bates References AAC_005749-53;

1

AAC_015931-15952; and AAC_028301-04. By agreement with Defense Counsel on February 8, 2017, Defendants' confidentiality designation(s) for the documents bearing the Bates Numbers AAC_005749 through AAC_005753 (inclusive), AAC_015931 through AAC_15952 (inclusive), and AAC_028301 through AAC_028304 (inclusive) was withdrawn.

9. Attached hereto at **Exhibit F** are true and correct copies of the LEXIS cases cited in the accompanying pleading as required by Local Rule 7.01(e)(5). Cases cited include:

a) *Beach v. Healthways, Inc.*, 2010 U.S. Dist. LEXIS 33765 (M.D. Tenn. Apr. 2, 2010);

b) *City of Sterling Heights Gen. Emps.' Ret. Sys. v. Prudential Fin., Inc.*, 2015 U.S. Dist. LEXIS 115287 (D.N.J. Aug. 31, 2015);

c) *Epstein v. Am. Reserve Corp.*, No. 79 C 4767, 1988 U.S. Dist. LEXIS 3382 (N.D. Ill. Apr. 20, 1988);

d) *Garden City Emples. Ret. Sys. v. Psychiatric Sols., Inc.*, 2012 U.S. Dist. LEXIS 44445 (M.D. Tenn. Mar. 29, 2012);

e) *Hatamian v. Advanced Micro Devices, Inc.*, 2016 U.S. Dist. LEXIS 34150 (N.D. Cal. Mar. 16, 2016);

f) *In re Accredo Health, Inc.*, 2006 U.S. Dist. LEXIS 97621 (W.D. Tenn. Mar. 7, 2006);

g) *In re Atl. Fin. Fed. Sec. Litig.*, 1990 U.S. Dist. LEXIS 15965 (E.D. Pa. Nov. 26, 1990);

h) *In re BP p.l.c. Sec. Litig.*, 2014 U.S. Dist. LEXIS 69900 (S.D. Tex. May 20, 2014);

i) *In re Goldman Sachs Grp., Inc. Sec. Litig.*, 2015 U.S. Dist. LEXIS 128856 (S.D.N.Y. Sep. 24, 2015);

j) *In re Groupon, Inc. Secs. Litig.*, 2014 U.S. Dist. LEXIS 137382 (N.D. Ill. Sep. 23, 2014);

k) *In re Heckmann Corp. Secs. Litig.*, 2013 U.S. Dist. LEXIS 79345 (D. Del. June 6, 2013);

l) *In re JPMorgan Chase & Co. Secs. Litig.*, 2015 U.S. Dist. LEXIS 132181 (S.D.N.Y. Sep. 29, 2015);

m) *In re K-V Pharm. Co. Secs. Litig.*, 2012 U.S. Dist. LEXIS 62161 (E.D. Mo. May 3, 2012);

n) *In re Novatel Wireless Secs. Litig.*, 2013 U.S. Dist. LEXIS 154599 (S.D. Cal. Oct. 25, 2013);

o) *In re St. Jude Med. Secs. Litig.*, 2014 U.S. Dist. LEXIS 169354 (D. Minn. Dec. 8, 2014);

p) *Local 703, I.B. of T. Grocery & Food Emples. Welfare Fund v. Regions Fin. Corp.*, 2014 U.S. Dist. LEXIS 162403 (N.D. Ala. Nov. 19, 2014);

q) *Marcus v. J.C. Penney Co.*, 2016 U.S. Dist. LEXIS 115795 (E.D. Tex. Aug. 29, 2016);

r) *Norfolk Cnty. Ret. Sys. v. Cmty. Health Sys.*, 2016 U.S. Dist. LEXIS 78602 (M.D. Tenn. June 16, 2016);

s) *Thorpe v. Walter Inv. Mgmt., Corp.*, 2016 U.S. Dist. LEXIS 33637 (S.D. Fla. Mar. 16, 2016); and

t) *W. Palm Beach Police Pension Fund v. DFC Glob. Corp.*, 2016 U.S. Dist. LEXIS 102304 (E.D. Pa. Aug. 4, 2016).

Dated: February 10, 2017

/s/ David W. Garrison
David W. Garrison

# CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing *Declaration of David W. Garrison in Further Support of Motion for Class Certification* has been served on the following via the Court's ECF filing system on February 10, 2017:

Britt K. Latham
Joseph B. Crace, Jr.
BASS, BERRY & SIMS (Nashville Office)
150 Third Avenue South, Suite 2800
Nashville, TN 37201
(615) 742-6200
Email: blatham@bassberry.com
Email: jcrace@bassberry.com

Jessica Perry Corley
John Latham
Lisa R. Bugni
David Gouzoules
ALSTON & BIRD LLP (Atlanta Office)
One Atlantic Center
1201 W Peachtree Street
Atlanta, GA 30309-3424
(404) 881-7000
Fax: (404) 881-7777
Email: jessica.corley@alston.com
Email: john.latham@alston.com
Email: lisa.bugni@alston.com
Email: david.gouzoules@alston.com

*Attorneys for Defendants AAC Holdings, Inc.,
Jerrod N. Menz, and Michael T. Cartwright*

-and-

David W. Garrison
Jerry E. Martin
Timothy L. Miles
Barrett Johnston Martin & Garrison, LLC
Bank of America Plaza 414 Union Street Suite 900
Nashville, TN 37219
Telephone: (615) 244-2202
Facsimile: (615) 252-3798
Email: Dgarrison@barrettjohnston.com
Email: Jmartin@barrettjohnston.com
Email: Tmiles@barrettjohnston.com

5

*Liaison Counsel for the Class*

Frederic S. Fox
Donald R. Hall , Jr.
Jeffrey P. Campisi
Kaplan Fox Kilsheimer LLP
850 Third Avenue 14th Floor
New York, NY  10022
Telephone: (212) 687-1980
Facsimile: (212) 687-7714
Email: Ffox@kaplanfox.com
Email: Dhall@kaplanfox.com
Email: Jcampisi@kaplanfox.com

Ramzi Abadou
Kahn Swick & Foti, LLP
912 Cole Street, #251
San Francisco, CA  94117
Telephone:  504-455-1400
Facsimile:  504-455-1498
Email: Ramzi.Abadou@ksfcounsel.com

Alexander L. Burns
Kahn Swick & Foti, LLC
201 Covington Street
Madisonville, LA 70447
Telephone: 504-455-1400
Facsimile: (504) 455-1498
Email: Alexander.Burns@ksfcounsel.com

*Lead Counsel for Lead Plaintiffs and the Class*

-and-

Jeremy A. Lieberman
J. Alexander Hood II
Marc Gorrie
Pomerantz LLP
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: 212-661-1100
Facsimile: 212-661-8665
Email: jalieberman@pomlaw.com
Email: ahood@pomlaw.com
Email: mgorrie@pomlaw.com

Patrick V. Dahlstrom
10 South LaSalle Street, Suite 3505
Chicago, IL 60603
Telephone: 312-377-1181
Facsimile: 312-377-1184
Email: pdahlstrom@pomlaw.com

James A. Holifield , Jr.
Holifield & Associates, P.C.
8351 E Walker Springs Lane Suite 303
Knoxville, TN 37923
Telephone: (865) 566-0115
Facsimile: (865) 566-0119
Email: Aholifield@hapc-Law.com

Joey P. Leniski , Jr.
Branstetter, Stranch & Jennings, PLLC
The Freedom Center 223 Rosa L. Parks Avenue Suite 200
Nashville, TN 37203
Telephone: (615) 254-8801
Email: Joeyl@bsjfirm.com

Jeffrey C. Block
Steven P. Harte
Block & Levitton LLP
155 Federal Street, Suite 400
Boston, MA 02110
Telephone: 617-398-5600
Facsimile: 617-507-6020
Email: jeff@blockesq.com
Email: steven@blockesq.com

Paul Kent Bramlett
Robert P. Bramlett
Bramlett Law Offices
P.O. Box 150734
Nashville, TN 37215
Telephone: 615-248-2828
Facsimile: 615-254-4116
Email: pknashlaw@aol.com
Email: Robert@bramlettlawoffices.com

       /s/*David W. Garrison*
       DAVID W. GARRISON