UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | |
|---|---|
| DR. JOSEPH F. KASPER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>AAC HOLDINGS, INC., JERROD N. MENZ, MICHAEL T. CARTWRIGHT, ANDREW W. MCWILLIAMS, and KIRK R. MANZ,<br><br>Defendants. | No. 3:15-cv-00923<br>(**Consolidated**)<br><br>JUDGE MCCALLA<br>MAGISTRATE JUDGE FRENSLEY |

**NOTICE OF MOTION AND MOTION FOR APPROVAL OF
NOTICE AND SUMMARY NOTICE OF PENDENCY OF CLASS ACTION, AND FOR
APPROVAL OF NOTICE ADMINISTRATOR**

PLEASE TAKE NOTICE that, Lead Plaintiff and Class Representative Arkansas Teacher Retirement System, and Lead Plaintiff Dr. James P. Gills (together, "Plaintiffs") respectfully move this Court, pursuant to Rule 23 of the Federal Rules of Civil Procedure, for entry of the proposed Order Approving Notice and Summary Notice of Pendency of Class Action, and for Approval of Notice Administrator which approves (i) the form and content of the proposed Notice of Pendency of Class Action (attached as Exhibit 1 to the proposed Order) and the proposed Summary Notice of Pendency of Class Action (attached as Exhibit 2 to the proposed Order) (together, the "Notices"), and (ii) the proposed method for disseminating the Notices to the Class.

The proposed Order is attached as Exhibit A to the accompanying Declaration of Donald R. Hall in Support of the Motion for Approval of Notice and Summary Notice of Pendency of

Class Action, and for Approval of Notice Administrator, dated August 16, 2017 ("Hall Declaration").

In addition, Plaintiffs move for the appointment of A.B. Data, Ltd. ("A.B. Data") to serve as Notice Administrator. As set forth in the Hall Declaration, A.B. Data was selected after a competitive bidding process that included the evaluation of six proposals to serve as Notice Administrator. The Declaration of Eric Schachter of A.B. Data Ltd., Regarding Notice and Administration, dated August 15, 2017, is attached as Exhibit B to the Hall Declaration.

The Plaintiffs, through their counsel, have conferred with counsel for the Defendants, and Defendants take no position on the motion.

Dated: August 16, 2017

Respectfully submitted,

**KAPLAN FOX & KILSHEIMER LLP**

By: /s/ *Donald R. Hall*
Frederic S. Fox (admitted *pro hac vice*)
Donald R. Hall (admitted *pro hac vice*)
Jeffrey P. Campisi (admitted *pro hac vice*)
850 Third Avenue, 14th Floor
New York, NY 10022
Telephone: (212) 687-1980
Facsimile: (212) 687-7714

*Lead Counsel for Lead Plaintiff and Proposed Class Representative Arkansas Teacher Retirement System and the Class*

**KAHN SWICK & FOTI, LLP**
By: /s/ *Ramzi Abadou*
Ramzi Abadou (admitted *pro hac vice*)
912 Cole Street, # 251
San Francisco, CA 94117
Telephone: (504) 455-1400
Facsimile: (504) 455-1498

-and-

**KAHN SWICK & FOTI, LLC**
Lewis S. Kahn

2

Alexander Burns
Scott St. John
206 Covington Street
Madisonville, LA 70447
Telephone: 504-455-1400
Facsimile: 504-455-1498

*Lead Counsel for Lead Plaintiff Dr. Gills and the Class*

**BARRETT JOHNSTON MARTIN & GARRISON, LLC**
David W. Garrison (No. 24968)
Jerry E. Martin (No. 20193)
Timothy L Miles (No. 21605)
Bank of America Plaza
414 Union Street, Suite 900
Nashville, TN 37214
Telephone: (615) 244-2202
Facsimile: (615) 252-3798

*Liaison Counsel for the Class*

**CERTIFICATE OF SERVICE**

      I, Donald R. Hall, hereby certify that I caused a true and correct copy of the foregoing document to be served by Email and via ECF on the following counsel of record:

Britt K. Latham
Joseph B. Crace, Jr.
Bass, Berry & Sims, PLC
150 Third Avenue South, Suite 2800
Nashville, TN 37201
Tel. (615) 742-7762
blatham@bassberry.com
jcrace@bassberry.com

John L. Latham
Jessica P. Corley
Lisa R. Bugni
David Gouzoules
Alston & Bird LLP
1201 W. Peachtree St
Atlanta, GA 30309
Tel. (404) 881-7000
john.latham@alston.com
jessica.corley@alston.com
lisa.bugni@alston.com
David.Gouzoules@alston.com

*Attorneys for Defendants*

| | |
|---|---|
| Date: August 16, 2017 | */s/ Donald R. Hall*<br>Donald R. Hall |