IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DR. JOSEPH F. KASPER, Individually and on Behalf of All Others Similarly Situated,<br><br>    *Plaintiff*,<br><br>v.<br><br>AAC HOLDINGS, et al.,<br><br>    *Defendants*. | CIVIL ACTION<br><br>CASE NO. 3-15-cv-0923<br>(Consolidated)<br><br>JUDGE MCCALLA<br>MAGISTRATE JUDGE FRENSLEY |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 83.01(d) of the Local Rules of this Court, David W. Garrison, a member of the bar of this Court, hereby moves the admission *pro hac vice* of the following counsel:

Aaron L. Schwartz
Kaplan Fox & Kilsheimer LLP
850 Third Avenue, 14th Fl.
New York, NY 10022
Phone: (212) 687-1980
Fax: (212) 687-7714
ASchwartz@kaplanfox.com

for the purposes of litigation in this Court as counsel for Lead Plaintiff and Class Representative Arkansas Teacher Retirement System and the Class.

Mr. Schwartz is a member in good standing of the United States District Court for the Eastern District of Pennsylvania. His certificate of good standing is filed contemporaneously herewith, and the filing fee in the amount of $75.00 is being tendered to the Clerk via the Court's electronic payment system.

1

Dated: August 28, 2017                               Respectfully submitted,

                                                       /s/ David W. Garrison
                                                       **JERRY E. MARTIN (No. 20193)**
                                                       **DAVID W. GARRISON (No. 24968)**
                                                       **TIMOTHY L. MILES (No. 21605)**
                                                       BARRETT JOHNSTON MARTIN & GARRISON, LLC
                                                       Bank of America Plaza
                                                       414 Union Street, Suite 900
                                                       Nashville, TN 37219
                                                       Telephone: (615) 244-2202
                                                       Facsimile: (615) 252-3798
                                                       jmartin@barrettjohnston.com
                                                       dgarrison@barrettjohnston.com
                                                       tmiles@barrettjohnston.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that a true and exact copy of the foregoing *Motion for Admission Pro Hac Vice* has been served on the following via the Court's ECF filing system on August 28, 2017:

Britt K. Latham
Joseph B. Crace, Jr.
Bass, Berry & Sims
150 Third Avenue South
Suite 2800
Nashville, TN  37201
blatham@bassberry.com
jcrace@bassberry.com

John Latham
Jessica Perry Corley
Lisa R.  Bugni
David Gouzoules
ALSTON & BIRD LLP (Atlanta Office)
One Atlantic Center
1201 W Peachtree Street
Atlanta, GA  30309
john.latham@alston.com
jessica.corley@alston.com
lisa.bugni@alston.com
david.gouzoules@alston.com

                                                       /s/ David W. Garrison
                                                       DAVID W. GARRISON
                                                       **BARRETT JOHNSTON**
                                                             **MARTIN & GARRISON, LLC**

2

Case 3:15-cv-00923   Document 153   Filed 08/28/17   Page 2 of 2 PageID #: 7678