UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DR. JOSEPH F. KASPER, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> AAC HOLDINGS, INC., JERROD N. MENZ, MICHAEL T. CARTWRIGHT, ANDREW W. MCWILLIAMS AND KIRK R. MANZ, <br><br> Defendants. | No. 3:15-cv-00923 <br> (**Consolidated**) <br><br> JUDGE MCCALLA <br> MAGISTRATE JUDGE FRENSLEY <br><br> CLASS ACTION <br><br> **JURY TRIAL DEMANDED** |

**MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Rule 83.01(d) of the Local Rules of this Court, Mr. David W. Garrison, a member of the bar of this Court, hereby moves the admission *pro hac vice* of the following counsel:

> Alayne K. Gobeille
> **KAHN SWICK & FOTI, LLC**
> 206 Covington Street
> Madisonville, Louisiana 70447
> Telephone: (504) 455-1400
> Facsimile: (504) 455-1498
> alayne.gobeille@ksfcounsel.com

for the purposes of litigation in this Court as counsel for Lead Plaintiff, James P. Gill, M.D.

Ms. Gobeille is a member in good standing of the United States District Court for the Eastern District of Louisiana. Ms. Gobeille's Certificate of Good Standing is filed contemporaneously herewith and the filing fee in the amount of $75.00 is being tendered to the Clerk via the Court's electronic payment system.

Dated: October 3, 2017

**BARRETT JOHNSTON MARTIN & GARRISON, LLC**

By: *s/ David W. Garrison*
David W. Garrison (No. 24968)
Jerry E. Martin (No. 20193)
Timothy L Miles (No. 21605)
Bank of America Plaza
414 Union Street, Suite 900
Nashville, TN 37214
Telephone: (615) 244-2202
Facsimile: (615) 252-3798
Email:dgarrison@barrettjohnston.com

*Liaison Counsel for Lead Plaintiff Dr. James P. Gills and the Class*

1

**KAHN SWICK & FOTI, LLP**
Ramzi Abadou (admitted *pro hac vice*)
912 Cole Street, # 251
San Francisco, CA 94117
Telephone: (504) 455-1400
Facsimile: (504) 455-1498

-and-

**KAHN SWICK & FOTI, LLC**
Lewis Kahn (*pro hac vice* to be submitted)
Alexander Burns (admitted *pro hac vice*)
Scott St. John (admitted *pro hac vice*)
206 Covington Street
Madisonville, LA 70447
Telephone: (504) 455-1400
Facsimile: (504) 455-1498

*Lead Counsel for Lead Plaintiff Dr. James P. Gills and the Class*

**KAPLAN FOX & KILSHEIMER LLP**
Frederic S. Fox (admitted *pro hac vice*)
Donald R. Hall (admitted *pro hac vice*)
Jeffrey P. Campisi (admitted *pro hac vice*)
850 Third Avenue, 14th Floor
New York, NY 10022
Telephone: (212) 687-1980
Facsimile: (212) 687-7714

*Counsel for Lead Plaintiff and Class Representative Arkansas Teacher Retirement System and the Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing *Motion for Admission Pro Hac Vice* and supporting documents have been filed with the Clerk and served upon the below-listed counsel via the Court's ECF system, on Tuesday, October 3, 2017:

Britt K. Latham
Joseph B. Crace, Jr.
Bass, Berry & Sims, PLC
150 Third Avenue South, Suite 2800
Nashville, TN 37201
Tel. (615) 742-7762
blatham@bassberry.com
jcrace@bassberry.com

John L. Latham (admitted *pro hac vice*)
Jessica P. Corley (admitted *pro hac vice*)
Lisa R. Bugni (admitted *pro hac vice*)
David Gouzoules (admitted *pro hac vice*)
Alston & Bird LLP
1201 W. Peachtree St
Atlanta, GA 30309
Tel. (404) 881-7000
john.latham@alston.com
jessica.corley@alston.com
lisa.bugni@alston.com
david.gouzoules@alston.com

*Attorneys for Defendants*

Date: October 3, 2017   *s/ David W. Garrison*
　　　　　　　　　　　　　　　　　　　　　DAVID W. GARRISON