UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DR. JOSEPH F. KASPER, Individually and on Behalf of All Others Similarly Situated, ) ) ) | |
| Plaintiff, ) ) ) | No. 3:15-cv-00923 (**Consolidated**) |
| v. ) ) | Judge Jon P. McCalla<br>Magistrate Judge Frensley |
| AAC HOLDINGS, INC., JERROD N. MENZ, MICHAEL T. CARTWRIGHT, ANDREW W. MCWILLIAMS, and KIRK R. MANZ, ) ) ) ) ) | |
| Defendants. ) ) | |

**ORDER GRANTING JOINT MOTION
TO AMEND DEADLINE FOR FACT-DISCOVERY RELATED STATEMENTS**

Pursuant to the Parties' Joint Motion to Amend Deadline for Fact-Discovery Related Statements and for good cause shown, this Court hereby amends its Amended Scheduling Order (ECF No. 107) and Initial Case Management Order (ECF No. 72) as follows:

1. All fact-discovery related statements shall be filed by January 26, 2018.

2. Unless otherwise altered by the Court, all other deadlines in the Amended Scheduling Order (ECF No. 107) and the Initial Case Management Order (ECF No. 72) are unaffected.

IT IS SO ORDERED, this ___ day of October, 2017.

_____
JEFFERY S. FRENSLEY
UNITED STATES MAGISTRATE JUDGE