# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| DR. JOSEPH F. KASPER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AAC HOLDINGS, INC., JERROD N. MENZ, MICHAEL T. CARTWRIGHT, ANDREW W. MCWILLIAMS and KIRK R. MANZ,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 15-cv-00923-JPM-jsf |

## ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL

## AND

## GRANTING THE PARTIES JOINT MOTION TO AMEND CERTAIN DISCOVERY DEADLINES

The cause is before the Court on the parties' Notice of Settlement and Joint Motion to Stay Proceedings, filed December 29, 2017 (ECF No. 203). The Court has considered the motion and finds it well-taken. The motion is GRANTED. The proceedings in this action are hereby stayed for forty-five (45) days in order to allow the parties to complete settlement documentation and present it to the Court.

**SO ORDERED**, this 29th day of December, 2017.

/s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT JUDGE

1