UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| DR. JOSEPH F. KASPER, Individually and On Behalf of All Others Similarly Situated, | ) ) | |
| | ) | No. 3:15-cv-00923 |
| Plaintiff, | ) | (**Consolidated**) |
| | ) | |
| v. | ) | JUDGE MCCALLA |
| | ) | MAGISTRATE JUDGE FRENSLEY |
| AAC HOLDINGS, INC., JERROD N. MENZ, MICHAEL T. CARTWRIGHT, ANDREW W. MCWILLIAMS AND KIRK R. MANZ | ) ) ) ) | CLASS ACTION |
| | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendants. | ) | |
| | ) | |

**LEAD PLAINTIFFS' UNOPPOSED MOTION FOR
(I) PRELIMINARY APPROVAL OF SETTLEMENT; (II) APPROVAL OF NOTICE TO
THE CLASS; and (III) SETTING HEARING AND RELATED DEADLINES FOR FINAL
APPROVAL OF SETTLEMENT**

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, the Stipulation of Settlement with exhibits, and all pleadings and records on file in this case, Lead Plaintiffs Arkansas Teacher Retirement System and Dr. James P. Gills, M.D. hereby move the Court for an order: (1) granting preliminary approval of the proposed settlement; (2) approving the form and manner of giving notice of the proposed settlement to the Class; and (3) setting a hearing date for final approval thereof, and a schedule for various deadlines relevant thereto. Lead Counsel has conferred with Defendants' counsel and Defendants do not object to the relief requested by this motion.

Dated: February 16, 2018

**KAHN SWICK & FOTI, LLP**

By:     *s/ Ramzi Abadou*
Ramzi Abadou (admitted *pro hac vice*)
912 Cole Street, # 251
San Francisco, CA 94117
Telephone: (504) 455-1400
Facsimile: (504) 455-1498

-and-

**KAHN SWICK & FOTI, LLC**
Lewis Kahn
Alexander Burns (admitted *pro hac vice*)
Alayne Gobeille (admitted *pro hac vice*)
206 Covington Street
Madisonville, LA 70447
Telephone: (504) 455-1400
Facsimile: (504) 455-1498

**KAPLAN FOX & KILSHEIMER LLP**

By:     *s/ Donald R. Hall*
Frederic S. Fox (admitted *pro hac vice*)
Donald R. Hall (admitted *pro hac vice*)
Jeffrey P. Campisi (admitted *pro hac vice*)

1

850 Third Avenue, 14th Floor
New York, NY 10022
Telephone: (212) 687-1980
Facsimile: (212) 687-7714

*Co-Class Counsel*

**BARRETT JOHNSTON
MARTIN & GARRISON, LLC**

By: *s/ David W. Garrison*
David W. Garrison (No. 24968)
Jerry E. Martin (No. 20193)
Timothy L Miles (No. 21605)
Bank of America Plaza
414 Union Street, Suite 900
Nashville, TN 37214
Telephone: (615) 244-2202
Facsimile: (615) 252-3798

*Liaison Counsel*

## CERTIFICATE OF SERVICE

I, David W. Garrison, am over 18 years of age. I am not a party to this action. I hereby certify that a true and exact copy of the foregoing pleading and supporting documents have been filed with the Clerk and served upon the below-listed counsel via the Court's ECF system, on Friday, February 16, 2018:

> Britt K. Latham
> Joseph B. Crace, Jr.
> Bass, Berry & Sims, PLC
> 150 Third Avenue South, Suite 2800
> Nashville, TN 37201
> Tel. (615) 742-7762
> blatham@bassberry.com
> jcrace@bassberry.com
>
> John L. Latham (admitted *pro hac vice*)
> Jessica P. Corley (admitted *pro hac vice*)
> Lisa R. Bugni (admitted *pro hac vice*)
> David Gouzoules (admitted *pro hac vice*)
> Alston & Bird LLP
> 1201 W. Peachtree St
> Atlanta, GA 30309
> Tel. (404) 881-7000
> john.latham@alston.com
> jessica.corley@alston.com
> lisa.bugni@alston.com
> david.gouzoules@alston.com
>
> *Attorneys for Defendants*

Date: February 16, 2018

<i>s/ Ramzi Abadou</i><br>
Ramzi Abadou