UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | |
|---|---|
| DR. JOSEPH F. KASPER, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> AAC HOLDINGS, INC., JERROD N. MENZ, MICHAEL T. CARTWRIGHT, ANDREW W. MCWILLIAMS, and KIRK R. MANZ, <br><br> Defendants. | No. 3:15-cv-00923 <br> (**Consolidated**) <br><br> HON. JON P. McCALLA <br> MAGISTRATE JUDGE JEFFERY S. FRENSLEY |

**LEAD PLAINTIFFS' MOTION FOR (1) FINAL APPROVAL OF SETTLEMENT; (2) APPROVAL OF PLAN OF ALLOCATION; AND (3) AN AWARD OF ATTORNEYS' FEES AND EXPENSES AND AWARD TO LEAD PLAINTIFFS**

**TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD**

PLEASE TAKE NOTICE that, pursuant to an Order of this Court dated March 7, 2018, ECF No. 213, on June 8, 2018, at 9:30 a.m., at the United States District Court for the Middle District of Tennessee, Nashville Division, 801 Broadway, Room 783, Nashville, TN 37203, before the Honorable Jon Phipps McCalla, Lead Plaintiffs will and hereby move for (1) final approval of the proposed settlement of the above-captioned action; (2) approval of the Plan of Allocation; and (3) an award of attorneys' fees and expenses and an award to Lead Plaintiffs for the reimbursement of costs and expenses in representing the Class pursuant to 15 U.S.C. §78u-4(a)(4).

The foregoing motions are supported by: A) Lead Plaintiffs' Memorandum of Law in Support of their Motion for Final Approval of Class Action Settlement and Plan of Allocation; B) the Memorandum of Law in Support of Application of Lead Plaintiffs' Counsel for an Award of Attorneys' Fees and Expenses and Award to Lead Plaintiffs; and C) the Joint Declaration of Donald R. Hall and Ramzi Abadou in Support of (1) Lead Plaintiffs' Motion for Approval of Settlement and Approval of Plan of Allocation, (2) Lead Counsel's Motion for Award of Attorneys' Fees and Reimbursement of Expenses, and (3) Lead Plaintiffs' Request for Reimbursement of Reasonable Costs and Expenses (the "Joint Declaration"), including the exhibits to the Joint Declaration; and (4) any other evidence and argument as the Court may consider.

Dated: May 9, 2018 

Respectfully submitted,

**KAPLAN FOX & KILSHEIMER LLP**

By: /s/ *Donald R. Hall*
Frederic S. Fox (admitted *pro hac vice*)
Donald R. Hall (admitted *pro hac vice*)
Jeffrey P. Campisi (admitted *pro hac vice*)
850 Third Avenue, 14th Floor
New York, NY 10022

3

Telephone: (212) 687-1980
Facsimile: (212) 687-7714

*Lead Counsel for Lead Plaintiff and Proposed Class Representative Arkansas Teacher Retirement System*

**KAHN SWICK & FOTI, LLP**

By: /s/ *Ramzi Abadou*
Ramzi Abadou (admitted *pro hac vice*)
912 Cole Street, # 251
San Francisco, CA 94117
Telephone: (504) 455-1400
Facsimile: (504) 455-1498

-and-

**KAHN SWICK & FOTI, LLC**
Lewis S. Kahn
Alexander Burns
206 Covington Street
Madisonville, LA 70447
Telephone: 504-455-1400
Facsimile: 504-455-1498

*Lead Counsel for Lead Plaintiff Dr. Gills*


**BARRETT JOHNSTON MARTIN & GARRISON, LLC**

By: /s/ *David W. Garrison*
David W. Garrison (No. 24968)
Jerry E. Martin (No. 20193)
Timothy L Miles (No. 21605)
Bank of America Plaza
414 Union Street, Suite 900
Nashville, TN 37214
Telephone: (615) 244-2202
Facsimile: (615) 252-3798

*Liaison Counsel for Lead Plaintiffs*

3

# **CERTIFICATE OF SERVICE**

I, Donald R. Hall, hereby certify that I caused a true and correct copy of the foregoing to be served by Email and via ECF on the following counsel of record:

Britt K. Latham
Joseph B. Crace, Jr.
Bass, Berry & Sims, PLC
150 Third Avenue South, Suite 2800
Nashville, TN 37201
Tel. (615) 742-7762
blatham@bassberry.com
jcrace@bassberry.com

John L. Latham (admitted *pro hac vice*)
Alston & Bird LLP
1201 W. Peachtree St
Atlanta, GA 30309
Tel. (404) 881-7000
john.latham@alston.com

Jessica P. Corley (admitted *pro hac vice*)
Lisa R. Bugni (admitted *pro hac vice*)
King & Spaulding LLP
1180 Peachtree Street NE
Atlanta, GA 30309
jessica.corley@kslaw.com
lisa.bugni@kslaw.com

*Attorneys for Defendants*

Date: May 9, 2018     */s/ Donald R. Hall*
                     Donald R. Hall