**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| DR. JOSEPH F. KASPER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>AAC HOLDINGS, INC., JERROD N. MENZ, MICHAEL T. CARTWRIGHT, ANDREW W. MCWILLIAMS, and KIRK R. MANZ,<br><br>Defendants. | Case No. 3:15-CV-00923-JPM<br>(Consolidated) |

**ORDER GRANTING LEAD PLAINTIFFS' MOTION FOR APPROVAL OF DISTRIBUTION PLAN**

---

Before the Court is Lead Plaintiffs' Motion for Approval of Distribution Plan (the "Motion") filed July 11, 2019. (ECF No. 223.) The Court, having considered the Motion and the accompanying Memorandum of Law finds that said Motion is well taken and, accordingly, it is hereby ordered that:

1. This Order incorporates by reference the definitions in the Stipulation of Settlement dated February 15, 2018 (the "Stipulation," ECF No. 208), and all terms used herein shall have the same meanings as set forth in the Stipulation and the Declaration of Eric Schachter ("Schachter Decl.," ECF No. 225);

2. This Court has jurisdiction over the subject matter of the Action and over all parties to the Action, including all Settlement Class Members;

3. The administrative recommendations to accept claims, including the otherwise valid claims filed after the original July 19, 2018 deadline ("Late Claims"), and to reject wholly ineligible or otherwise deficient claims, as recommended by the Claims Administrator, A.B. Data, Ltd. ("A.B. Data"), as stated in the Schachter Declaration, are adopted;

4. Lead Plaintiffs' plan for distribution of the Net Settlement Fund to Authorized Claimants is **APPROVED**. Accordingly,

A. A.B. Data will calculate award amounts to all Authorized Claimants by calculating their pro rata share of the fund in accordance with the Court-approved Plan of Allocation (the Claimant's "Distribution Amount," ECF No. 221.)

B. A.B. Data will then conduct an Initial Distribution of the Net Settlement Fund by distributing to Authorized Claimants who will receive their pro rata distribution amounts.

C. To encourage Authorized Claimants to promptly cash their payments, all Initial Distribution checks will bear a notation "DEPOSIT PROMPTLY; VOID AND SUBJECT TO REDISTRIBUTION IF NOT NEGOTIATED WITHIN 120 DAYS OF DISTRIBUTION." A.B. Data will endeavor to make reasonable and diligent efforts to have Authorized Claimants negotiate their Initial Distribution checks.

D. Authorized Claimants who do not negotiate their Initial Distribution checks within the time allotted will irrevocably forfeit all recovery from the Settlement. The funds allocated to all such stale-dated checks will be available in the re-distribution to other Authorized Claimants. Similarly, Authorized Claimants who do not negotiate subsequent distributions within the time allotted will irrevocably forfeit any further recovery from the Settlement.

E. After A.B. Data has made reasonable and diligent efforts to have Authorized Claimants negotiate their Initial Distribution checks, but no earlier than six (6) months after the Initial Distribution, and after consultation with Lead Counsel to determine whether it is cost effective to do so, A.B. Data will conduct a second distribution of the Net Settlement Fund (the "Second Distribution"), pursuant to which any amounts remaining in the Net Settlement Fund after the Initial Distribution, after deducting A.B. Data's fees and expenses incurred in connection with administering the Settlement for which it has not yet been paid (including the estimated costs of such Second Distribution), and after the payment of any estimated taxes, the costs of preparing appropriate tax returns, and any escrow fees, will be distributed to all Authorized Claimants in the

Initial Distribution who (1) cashed their distribution payment and (2) are entitled to at least $10.00 from the redistribution based on their pro rata share of the remaining funds.

F. In order to allow a final distribution of any remaining funds in the Net Settlement Fund after completion of the Second Distribution, whether by reason of returned funds, tax refunds, interest, uncashed checks, or otherwise, if cost effective, not less than six (6) months after the Second Distribution is conducted, A.B. Data will conduct a further distribution of the Net Settlement Fund, pursuant to which all funds remaining in the Net Settlement Fund, after deducting A.B. Data's unpaid fees and expenses incurred or to be incurred in connection with administering the Net Settlement Fund (including the estimated costs of such distribution), and after the payment of any estimated taxes, the costs of preparing appropriate tax returns, and any escrow fees, will be distributed to Authorized Claimants who cashed their most recent distribution checks and who would receive at least $10.00 in such further distribution. Additional redistributions, after deduction of costs and expenses as described above and subject to the same conditions, may occur thereafter until Lead Counsel, in consultation with A.B. Data, determines that further redistribution is not cost-effective.

G. No further Proofs of Claim shall be accepted after June 3, 2019, and no further adjustments to Proofs of Claim shall be made for any reason after that date.

H. All persons involved in the review, verification, calculation, tabulation, or any other aspect of the processing of the Proofs of Claim submitted herein, or otherwise involved in the administration or taxation of the Settlement Fund or the Net Settlement Fund, are released and discharged from any and all claims arising out of such involvement, and all Settlement Class Members, whether or not they receive payment from the Net Settlement Fund, are barred from making any further claims against the Net Settlement Fund, Lead Plaintiffs, Lead Counsel, the Claims Administrator, the Escrow Agent or any other agent retained by Lead Plaintiffs or Lead Counsel in connection with the administration or taxation of the Settlement Fund or the Net Settlement Fund beyond the amount allocated to Authorized Claimants.

I. Unless otherwise ordered by the Court, one year after the Second Distribution if that occurs or, if there is no Second Distribution, two years after the Distribution, A.B. Data will destroy the paper copies of the Proofs of Claim and all supporting documentation, and one year after the all funds have been distributed, A.B. Data will destroy electronic copies of the same.

5. All of the fees and expenses incurred by A.B. Data in connection with its administration of the Settlement are APPROVED;

6. Any outstanding fees and expenses actually incurred by A.B. Data in connection with the distribution of the Settlement shall be paid out of the Settlement Fund without further approval of the Court as set forth in the Stipulation and so long as fees and expenses do not collectively exceed $250,000.00; and

This Court retains jurisdiction to consider any further applications concerning the administration of the Settlement, and such other and further relief as this Court deems appropriate.

**SO ORDERED**, this 1st day of August, 2019.

/s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT JUDGE